UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 4040 (PKC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                            Plaintiffs,
            -against-

PETER R. SMITH INC.,

                                            Defendant.
------------------------------------------------------------------X
C O U N S E L :

   PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on September 28, 2007, the stipulated facts and exhibits annexed thereto, and the memorandum of law dated September 28, 2007, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable P. Kevin Castel, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 12-C, New York, New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion to confirm an arbitration award, and for such other and further relief as the Court deems proper and just.


Dated:  New York, New York
        September 28, 2007

Yours, etc.,

O'DWYER & BERNSTIEN, LLP

By: _____
ANDREW GRABOIS, ESQ.
Attorney for Plaintiffs
52 Duane Street, 5th Floor
New York, New York 10007
(212) 571-7100

TO: Peter R. Smith Inc.
      25 Old Camplain Road
      Hillsborough, NJ 08844