STATE OF NEW YORK    )
                                            SS.:
COUNTY OF NEW YORK  )

IAN K. HENDERSON, being sworn, says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 28th day of September, 2007, I served plaintiffs' **NOTICE OF MOTION AND SUPPORTING DOCUMENTATION, DECLARATION OF ANDREW GRABOIS, ESQ., AND MEMORANDUM OF LAW** to the following party by depositing a true copy thereof in a post-paid wrapper, registered mail with return receipt requested, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following persons at the last known address set forth after each name below:

TO:  Peter R. Smith Inc.
     25 Old Camplain Road
     Hillsborough, NJ 08844

_____
IAN K. HENDERSON

Sworn to before me this
28th day of September, 2007

_____
NOTARY PUBLIC

NICHOLAS HANLON
Notary Public, State of New York
No. 02HA6167368
Qualified in Westchester County
Commission Expires May 29, 2011