UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          07 CV 4040 (PKC)
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT             **DECLARATION**
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE, and
PAUL O'BRIEN, as TRUSTEES,

                                        Plaintiffs,

-against-

PETER R. SMITH, INC.,

                                        Defendant.
-----------------------------------------------------------------------X

ANDREW GRABOIS, Esq. declares as follows under penalty of perjury pursuant to 28 U.S.C. 1746:

1. I am an attorney admitted to practice in the State of New York and a member of the bar of this Court.

2. Annexed hereto as Exhibit "A" is a true and correct copy of the Collective Bargaining Agreement between the Defendant and the United Brotherhood of Carpenters and Joiners of America.

3. Annexed hereto as Exhibit "B" is a true and correct copy of the Notice of Intention to Arbitrate, dated December 12, 2006, sent by Plaintiffs to the Defendant.

5. Annexed hereto as Exhibit "C" is a true and correct copy of the Notice of Hearing, dated December 21, 2006, sent by the Arbitrator to the Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
September 28, 2007

_____
ANDREW GRABOIS