# INDEPENDENT

# NEW JERSEY DOCKBUILDER AGREEMENT

## between

### PETER R SMITH INCORPORATED
### 25 OLD CAMPLAIN ROAD
### HILLSBOROUGH, NEW JERSEY 08844

## and

# THE DISTRICT COUNCIL OF CARPENTERS
# OF NEW YORK CITY AND VICINITY, AFL-CIO
# FOR DOCKBUILDERS LOCAL UNION NO. 1456

## MAY 01, 2002 - APRIL 30, 2007

# NEW JERSEY DOCKBUILDERS

| INDEX | PAGE |
|---|---|
| Apprentice Manning | 26 |
| Apprenticeship, Journeyman, Retraining, Educational and Industry Promotional Fund | 31 |
| Arbitration | 42 |
| Area Jurisdiction | 4 |
| Assessment | 23 |
| Auditing | 39 |
| Binding Subcontractor and Other Firms | 32 |
| Completeness of Agreement | 4 |
| Conditions | 23 |
| Conditions-Divers and Tenders | 48 |
| Construction Industry Advancement Program | 30 |
| Creosote Pay | 27 |
| Declaration of Principles | 2 |
| Decompression Chamber | 49 |
| Depth and Penetration Rates | 47 |
| Disputes | 6 |
| Diver Employee Tools and Dressing Room | 49 |
| Diver Unit | 48 |
| Dockbuilder Competitive Work Committee | 29 |
| Drilling Machines Utilized on Caissons | 26 |

## INDEX

| | PAGE |
|---|---|
| Drug Testing | 27 |
| Effectuating Clause | 57 |
| Employees Covered | 13 |
| Employees Covered Marine Diving | 44 |
| Equipment | 27 |
| Equipment-Diver | 50 |
| Funds - Contributions -Collection | 33 |
| Hazardous/Toxic/Contaminated Waste Sites | 28 |
| Heavy Construction Work - Employees Covered | 10 |
| Holiday | 18 |
| Hours-Wages-Conditions | 14 |
| Hours-Wage-Conditions-Marine Diver | 45 |
| Intoxicating Beverages | 27 |
| Job Injury - Medical Attention | 26 |
| Job Steward | 17 |
| Jurisdiction Marine Diving | 44 |
| Jurisdictional Disputes | 9 |
| Legality | 55 |
| Liability for Subcontractors | 37 |
| Liquidated Damages | 38 |
| Make Up Day | 28 |
| Mobility of Divers and Tenders | 53 |

| **INDEX** | **PAGE** |
|---|---|
| New Equipment | 6 |
| New York City & Vic Carps Joint Labor-Mgmt Fund | 41 |
| No Lockout - Strike - Work Stoppage | 6 |
| No Work Stoppage | 9 |
| Off Shift | 24 |
| Other Union Agreements | 9 |
| Overtime-Lunch - Job Steward Hours | 17 |
| Overtime-Marine Divers and Tenders | 52 |
| Payment of Wages (including fringe benefit contributions) | 16 |
| Physical Examination | 50 |
| Procedures of Grievance-Arbitration | 7 |
| Purposes | 1 |
| Scope | 9 |
| Sharpening of Tools | 25 |
| Shifts | 15 |
| Shifts-Divers and Tenders | 51 |
| Size of Work Crews | 27 |
| Spirit of Agreement | 31 |
| Standby Time Payment-Divers | 45 |
| Standby Time Divers and Tenders | 51 |
| Status Quo | 9 |
| Storage of Tools and Clothing | 24 |

**INDEX**                                                    **PAGE**

Supplemental Fund                                               40

Surety Bond                                                     53

Term-Renewal                                                     5

Timekeeping Devices                                             26

U.B.C. National Health & Safety, Apprenticeship Training,
and Education and Development Funds.                            42

Union Security - Union Visitation                                5

Variable Shift Commencement                                     24

Varying Shift Commencement                                      49

Welder-Burner                                                   27

Work Classifications-Wages-Total Fringes                        18

Work Stoppage for Default in Fringe Benefit Fund
Contributions                                                   38

**AGREEMENT** made and entered into this 01st day of May 2002, and effective as of 30TH day of January, 2003, by and between the

## PETER R SMITH INCORPORATED
## 25 OLD CAMPLAIN ROAD
## HILLSBOROUGH, NEW JERSEY 08844

### HEREIN REFERRED TO AS
### (THE "EMPLOYER")

**and the**

### DISTRICT COUNCIL OF NEW YORK CITY AND
### VICINITY OF THE UNITED BROTHERHOOD OF
### CARPENTERS AND JOINERS OF AMERICA
### HEREIN REFERRED TO AS
### (THE "UNION" and/or THE "DISTRICT COUNCIL")

for the Dockbuilders, Pier Carpenters, Shorers, House Movers, Pile Drivers, Marine Divers, Marine Diver Tenders and Foundation Workers and Marine Constructors Local Union 1456.

NOW, THEREFORE, in consideration of the mutual promises and covenants hereinafter set forth, the parties agree as follows:

## ARTICLE I

### Purposes - Declaration of Principles

#### Section 1 - Purposes

The purposes for which this Agreement is entered into are as follows:

    (a)      prevent strikes and lockouts;

    (b)      facilitate peaceful adjustment of grievances and disputes between the Employer,

1

employee and Union;

(c)    prevent waste, unnecessary and avoidable delays, which result in unnecessary costs

and expense to the Employer and Union, and the loss of wages and fringe benefits

to the employee;

(d)    enable the Employer to secure at all times sufficient forces of skilled workmen;

(e)    provide as far as possible for the continuous employment of labor;

(f)    provide that employment hereunder shall be in accordance with conditions and at

wages and fringe benefits herein agreed upon;

(g)    bring about stable conditions in the Industry;

(h)    keep costs of work in the Heavy Construction and Marine Diving and Tender work

in the Industry as low as possible consistent with fair wages and proper working

conditions, as provided for hereunder;

(i)    continue the custom and practice heretofore prevailing for many years on Heavy

Construction and Marine Diving and Tender Work of the agreement, as to the terms

and conditions of employment, and as to the necessary procedure for amicable

adjustment of all disputes or questions that may arise.

## Section 2 - Declaration of Principles

Both parties to this Agreement acknowledge that this Agreement is the uniform agreement

for the Heavy Construction and Marine Diving and Tender Work  and its execution will further the

interests of said Industry.  This Agreement will be interpreted under the following principles:

(a)    that there shall be no limitation as to the amount of work an employee shall perform

during his working day, it being understood that said employee shall perform a fair

and honest day's work, within the limits of safety;

2

(b)     that there shall be no restrictions on the use of machinery, tools or appliances, within the limits of safety.  If an employee is required to use power actuated tools, he is to be qualified to use said power actuated tools by securing from the tool manufacturer, or equally responsible certifying agency agreed upon by both parties hereto, an Operator's Card or similar proof of qualification, and the Union shall cooperate with the Employer and tool manufacturer in having the employee expeditiously qualified. No power actuated tool shall be used that has not been previously approved by the New York City Board of Standards and Appeals;

(c)     that there shall be no restriction on the use of any raw or manufactured materials, except prison made;

(d)     that no person shall have the right to interfere with employees or workmen during the working hours;

(e)     that employees are at liberty to work for whomsoever they see fit, and they are entitled to and shall receive the wages and fringe benefits agreed upon as hereinafter set forth in this Agreement;

(f)     the Employers are at liberty to employ and discharge whomsoever they see fit, providing that no person shall be discharged without good cause;

(g)     that the Employer and the Union agree that they have not, and will not discriminate because of race, creed, color, national origin, age, sex, disability, marital status, sexual orientation  citizenship status or union membership against any individual. For the purposes of this **Article,** "citizenship status" means the citizenship of any person or the immigration status of any person lawfully residing in the United States who is not a citizen or national of the United States.

3

## Section 3 - Completeness of Agreement

It is understood that the Purposes and Declaration of Principles, herein set forth, are a part of this Agreement and said Purposes and Principles govern all parties hereto in the performance thereof and shall be complied with as conditions of this Agreement. The parties hereto enter into this Agreement and agree to carry out, conform and to comply with its terms and provisions as provided and set forth herein by reason of the mutual advantages of so doing and in order to effectuate and provide for the carrying out and putting into effect, during the term hereof, the Purposes and Principles of this Agreement.

## ARTICLE II

### Jurisdiction

The Employer hereby recognizes the Union as the exclusive collective bargaining representative of all employees covered by the jurisdiction of the Union as described herein. This Agreement shall cover work performed by or on behalf of a signatory Employer hereto in the Heavy Construction Dockbuilding Marine and Foundation field, as hereinafter defined in **Article VIII**, when said work is to be performed in whole, or in part, within the territorial jurisdiction of the Union. Said jurisdiction shall include:

State of New Jersey, within the following Counties:

| | |
|---|---|
| Bergen | Morris |
| Essex | Passaic |
| Hudson | Union |
| Hunterdon | Somerset |
| Mercer | Sussex |
| Middlesex | Warren |
| Monmouth | |

All of the Islands in and the adjacent Harbors, Rivers, Bays Delaware River and the Atlantic

4

Ocean.

If the Employer engages in any class of work not embodied in Heavy Construction Dockbuilding and Marine Foundation Work, as hereinafter defined, both parties shall comply with all of the Union conditions then existing in that class of work.

## ARTICLE III

### Union Security - Union Visitation

#### Section 1 - Union Security

All employees who are members of the Union at the time of the signing of this Agreement shall continue membership in the Union. All other employees covered by this Agreement must become members of the Union on or after the seven (7) days following the beginning of employment or the date of this Agreement, whichever is later, and must maintain their membership in good standing in the Union as a condition of continued employment. If the provisions for union security clauses are modified by Congress during the term of this Agreement, this clause alone will be open for negotiation.

#### Section 2 - Union Visitation

Authorized Representatives of the Union shall be allowed to visit jobs and interview the Employer and employees covered by this Agreement, but shall in no way interfere with or hinder the progress of the work.

## ARTICLE IV

### Term-Renewal

This Agreement shall continue in effect until and including April 30, 2007.

5

## ARTICLE V

## Disputes

### Section 1 - New Equipment

The parties to this Agreement agree to establish a committee to discuss proposed equipment additions. Said Committee shall have equal representation from the District Council and the Employer.

If new machinery or modified equipment is to be utilized on a project, the N.Y.C. District Council is to be notified of the proposed use of said machinery and/or equipment, by the employer, and the Employer will discuss and come to agreement regarding the manning of same with the N.Y.C. District Council prior to designating and assigning employees to the equipment.

The N.Y.C. District Council will notify the Employer if it becomes aware of new or modified machinery and will discuss the manner of same with the Employer.

### Section 2 - No Lockout - Strike - Work Stoppage

It is hereby agreed that no question or dispute or breach of this Agreement, which may be caused by any of the parties hereto, shall be the occasion for or cause of any lockout, strike or work stoppage. The Employer expressly agrees that it will not lock out its employees covered by this Agreement. The Union expressly agrees not to strike or in any other manner stop or hinder work covered by this Agreement. It is agreed that under no circumstances shall there be strikes, lockouts, or work stoppages, both parties agreeing to settle any question or dispute that may arise from any of the parties hereto by submitting same for determination as herein provided, with the express agreement that the parties hereto will honor, obey, be bound by and carry out such decision or determination upon any question or dispute which may be submitted.

The Union will not call or sanction any strike or concerted stoppage during the term of this

6

Agreement except for:

(1)     the Employer's refusal to submit a matter to arbitration, pursuant to the arbitration clause of this Agreement,

(2)     the Employer's failure to comply with any decision of any Board of Arbitration established hereunder within twenty (20) working days after such decision, unless appealed to a court of competent jurisdiction which grants a stay, and,

(3)     any other reason explicitly provided for in this Agreement.

## Section 3 - Procedures of Grievance - Arbitration

For the purpose of settling disputes between the parties hereto as to any claims or violation of this Agreement, or of any dispute or breach that may arise in connection therewith, or for construing the terms and provisions thereof, the following procedure is established:

(a)     Either party may advise the other of an alleged grievance, in writing, and the party alleging the grievance may call for a meeting to be held not less than 24 hours after receipt of the grievance notice, at a place designated by the party calling the grievance. The Board deciding the grievance shall consist of two (2) representatives of each party. No member of the Board may be a member of the Local Union or Employer involved in the grievance. Both parties to the grievance shall be given full opportunity to be heard and present witnesses. The grievance shall be resolved by majority decision. At each grievance hearing, one of the arbitrators listed below will be chosen by random selection to hear the grievance should it reach the arbitration stage. If the grievance is not resolved within 72 hours of notification thereof, as set forth above, or if the agreement reached is not complied with by the guilty party within 24 hours after notification of the agreement, either party may proceed to

7

arbitration immediately.

(b)     Any grievance not resolved pursuant to (a) above, shall be submitted to arbitration

before one of the following three arbitrators:

    1)    Roger Maher        2)    Robert Herdoz

    3)    Joseph Lipowski

The arbitrator shall conduct a hearing in such manner as he shall consider proper and

shall serve as sole arbitrator of the dispute between the parties.  The arbitrator shall

have the right to conduct an ex parte hearing in the event of the failure of either party

to be present at the time and place designated for the arbitration, and shall have the

power to render a decision based on the testimony before him at such hearing.  The

decision of the arbitrator shall be final and binding upon both parties and may be

entered as a final decree or judgment in the Supreme Court of the State of New York

or in a court of appropriate jurisdiction in any state where such decision shall be

rendered.  The costs of arbitration, including the arbitrator's fee, shall be borne

equally by the Employer and the Union. It is the intent of the parties hereto that all

disputes between them, both within and outside of the Agreement, shall be submitted

to arbitration, as provided within,  and that no defense to prevent the holding of the

arbitration shall be permitted.  Service of any document or notice referred to above,

or service of any notice required by law in connection with arbitration proceedings,

may be made by registered or certified mail on the individual Employer.

(c)     This **Article** is not, in any manner, meant to prohibit or restrict the Union's right to

strike or withhold services upon the expiration of this Agreement or any extension

hereof or under the terms and conditions set forth in **Article XI, Section 4** hereof.

8

### Section 4 - Status Quo

Until a decision shall have been rendered, neither party shall take any action of any character as to the complaint, statement or matter in question.

## ARTICLE VI

### Jurisdictional Disputes

### Section 1 - Scope

(a)  The Employer bound by this Agreement recognize the jurisdictional claims of the United Brotherhood of Carpenters and Joiners of America.

(b)  The District Council and the Employer will endeavor to establish a Jurisdictional panel.

### Section 2 - No Work Stoppage

It is agreed that where a jurisdictional dispute arises, there shall be no stoppage of work by trades affiliated with the AFL-CIO, and the trade in possession of the work shall proceed with the job and the question in dispute shall be submitted by the trades to the Panel, as provided in **Article VI Section 1(b)**, authorized for settlement of jurisdictional disputes for decision.

## ARTICLE VII

### Other Union Agreements

It is agreed that the Union and the Employer will carry out this Agreement in all details, regardless of whatever conditions and wages exist for members of any other Local Union, whether or not employed in Heavy Construction Dockbuilding and Foundation Work.

## ARTICLE VIII

## Heavy Construction - Dockbuilding and Foundation Work

### Section 1 - Heavy Construction -Dockbuilding and Foundation Work

Heavy Construction Work, where referred to in this Agreement, is hereby defined as the Construction of Engineering Structures and Building Foundations whether land or marine exclusive of the Erection of Building Superstructures since this latter work is agreed to be a separate and distinct branch of the Construction Industry.

Dockbuilding, Marine and Foundation Work where referred to in this Agreement is hereby defined as the construction and/or performance of:

(a)    All temporary or permanent timber trestles, all temporary bridges, all work on waterfront boardwalks, caissons, cofferdams and drilling of same coal pockets, underpinning, shoring, dry packing for underpinning, lagging, slurry walls in conjunction with other trades, jetties constructed of wood, steel and concrete, cable laying in water, uplift anchors in foundation, caissons and cofferdams; riprap when placed with floating equipment, all in accordance with 1456 jurisdiction.

(b)    All pile driving on docks and foundations which utilize wood, steel and/or concrete piles, and sheeting including pile driving for subway, sewer and other engineering construction. Sand drains, wick drain piles, augered in piles, included jetted in piles, load tests for all piling, whether manual or automatic. The pulling and extraction of all piles and the bracing of all work listed in **subsections (a) through (o).** All compaction and bearing piles where pile driving equipment is used.

(c)    Guard rails and anchor bolts on all structures built by Dockbuilders and all structures used to restrain or contain tidal waters including sea walls and boom logs of any

10

nature. The building and assembling of forms for pre-cast or pre-stressed structural shapes or units and also the setting of same pre-cast or pre stressed structural shapes or units pertaining to all work classified as within the jurisdiction of Local Union 1456 on the job site.

(d)     All work pertaining to construction or removal of docks, piers, wharves, bulkheads and waterfront structures from and below the top elevation level of the backing log.

(e)     All work on inland foundations from and below the top elevation of the column base

(f)     House moving, supporting building with post or needle beams.

(g)     Vertical and/or horizontal sheet piling and/or piling for embankments, bridge abutments and land foundations for building, including pier holes and trenches.

(h)     Bracing and wedging of old and new walls, installing of tiebacks, placing and jacking tierods for building foundations, and underpinning of walls and columns with tubes driven by hydraulic, air, screw jacks, steam hammers or any other machine which may be needed to drive or extract same.

(i)     Raising and lowering floors and roofs when it is done as one unit or section units.

(j)     Building overhead bridges, sidewalk bridges when related to Local Union 1456 jurisdiction, gangways and platforms for any of the work listed in this **Article VIII**.

(k)     Handling of all materials and equipment relating to Local Union 1456 on the job site listed in this **Article VIII**.

(l)     The installation of any and all form lining material such as knob-loc.

(m)     Plant work, as defined; the erection of all fences; the erection of all shanties, offices, or any other temporary building; the fabrication of all benches, horses, platform for the use by the Dockbuilders and any other trades.

11

(n)  All the work of: cutting, burning, welding, bracing concrete forms, pile capping and monolithic form incorporating piles, tremie pours, sea walls, running all anchors, handling of floating equipment and jack up barges, all signaling and tagging, the pulling of all pipe, rigging of pile driving equipment and/or equipment used by Dockbuilders including cable on drums, adjustment of length of boom from heel out, handling, loading or unloading of all pile driving equipment, operation of all deck engines, tuggerhoists, pile augers and moon beam, operation of all valves pertaining to pile driving equipment,  setting up and removal of power equipment used for operating hammer, assembling and disassembling of all pile driving equipment, on job site, of all work listed in **subdivision (a) through (o)**.

(o)  The Employer agrees that Dockbuilders repair forms when pours are being poured.

(p)  Installation of Slurry Walls in conjunction with other trades.  Dockbuilders working on slurry walls will perform all work pertaining to but not limited to the forming of guide walls, the placing of all inserts in rebar cage, and the setting and removal of all bulkheads or endstops.  Drilling, stardrilling or chisling for rock sockets or keyways, air lifting for desanding and tremi pours on walls.

All jurisdictional work provided for herein as specifically granted to the employees under the jurisdiction of Local 1456 is to be interpreted and assigned in accordance with past work practices in geographical areas, and in relationship with other Unions of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO, other unions in the heavy construction industry, including but not limited to the International Union of Operating Engineers AFL-CIO, the Laborers International Union of North America, AFL-CIO.

12

## Section 2 - Employees Covered

(a)    This Agreement is applicable to qualified Journeyman Dockbuilder, Journeyman Dockbuilder Foreman, Journeyman Dockbuilder General Foreman and Dockbuilder Apprentices 1st, 2nd, 3rd and 4th year, Marine Divers, and Marine Diver Tender who are employed under the classifications as set forth in **Article IX, Section 6** of the Agreement.

(b)    All employees assisting Dockbuilders in the performance of their duties outlined in this Agreement who are members of Timbermen's Local Union 1536 of the District Council of Carpenters of New York City and Vicinity at the time of the execution of this Agreement shall continue membership in Local Union 1536.

(c)    All other employees assisting Dockbuilders in the performance of their duties outlined in this Agreement must become members of the Timbermen's Local 1536 on or after seven (7) days following the beginning of employment or the date of the Agreement whichever is later, and must maintain their membership in the Union as a condition of continued employment.

## Section 3

(a)    Journeymen Dockbuilders assigned to land pile drivers shall work in crews of four (4) men and a foreman. Their duties shall be all jobs related to the particular pile driver to which they are assigned. These duties shall include driving piles, the loading, unloading and handling of materials to be used on the pile driver to which they are assigned, the cutting, welding, burning and splicing of piles which have been driven by the pile driver to which they are assigned. When the hammer is in operation, it shall be manned by not less than a Foreman and two Journeymen

13

Dockbuilders.

(b)    The union shall appoint one Dockbuilder per shift to function as a shop steward. He shall perform the regular duties of a Dockbuilder but shall be allowed sufficient time to perform his duties as steward. If his duties as steward are performed in a manner not satisfactory to the union, he may designate another Dockbuilder to function as job steward, all in accordance with existing jurisdictional precedents in the area.

(c)    All drill rigs being used in conjunction with foundation, retaining walls, or when used to replace materials traditionally installed by Dockbuilders, the installation and extracting of casing shall be manned by one Dockbuilder Foreman. Additional Dockbuilder manpower will be agreed upon mutually between the Union and the Employer.

## ARTICLE IX

## Hours - Wages - Conditions

### Section 1 - Hours of Work

(a)    Eight (8) hours shall constitute a day's work. Forty (40) hours shall constitute a week's work. Any failure to work these hours gives the Employer the right to pay only for hours actually worked and the Employer may deduct from the employee's wages and fringes the value of the time period not worked less than eight (8) hours. All journeyman Dockbuilders in pile driving gangs shall perform all duties in relation to the driving of piles, and in addition shall perform all associated duties.

All employees engaged in work outlined in **Article VIII** of this Agreement shall perform those duties as outlined and any other work coincidental with these duties.

14

(b)     The General Dockbuilder Foreman, Dockbuilder Foreman, Apprentice 1st year, Apprentice 2nd year, Trainee 1st year, and Trainee 2nd year will be paid eight (8) hours per day for days actually worked in the payroll week and will also be paid (8) hours pay for unworked holidays or rain days during continuous employment. At the beginning and termination of employment, said employees will only be paid for days actually worked in the payroll week. If any of said employees is laid off from his work assignment and rehired within five (5) consecutive working days for the same work assignment, said employee shall be paid for the actual working days for which he was not employed, if he was not employed by another Employer during the layoff period. During the course of continuous employment on a project said employees shall be paid on a weekly basis, except for project shutdowns, and shall not receive holiday pay as an addition to their weekly pay unless worked. All journeyman, and third (3rd) and fourth (4th) year apprentices shall be employed on a daily or hourly basis and paid as such.

(c)     The first employee hired as a Dockbuilder shall be designated by the Employer as the Dockbuilder Foreman. The Union shall designate the Job Steward.

**Section 2 - Shifts**

(a)     A single shift shall be a continuous nine (9) hours, starting at 8:00 a.m., except when necessary to conform with the provisions of this **Article IX, Section 7, Subdivision (b)**. The mealtime shall be one (1) hour, but it may be curtailed by one-half (½) hour.

(b)     When two (2) shifts are employed, the work period for each shift shall be a continuous eight (8) hours. Effective July 1, 1997, when two shifts are employed,

15

each shift shall be eight and one-half hours with one-half (½) hour for lunch.

(c)     When three (3) shifts are employed, each shift will work seven and one-half (7-1/2) hours but will be paid for eight (8) hours, since only one-half (½) hour is allowed for mealtime.

(d)     When two (2) or more shifts of Dockbuilders are employed, single time will be paid for each shift.

(e)     A week shall start at 8:00 a.m. Monday and end at 8:00 a.m. Saturday, except when necessary to conform with the provisions of this **Article IX, Section 7, Subdivision (b)**.

## Section 3 - Payment of Wages (including fringe benefit contributions)

All wages & fringe benefit contributions payable under this Agreement shall become due and be paid on the job every week and not more than three (3) days pay shall be held back. Wages shall be paid at the Employer's option either in cash or by check provided:

(a)     The check is a Todd Insured ABC System Payroll Check or similar type of check, and the delivery of the checks shall be made at least one (1) day preceding a banking day;

(b)     The Employer has complied with the provisions of **Article XVI** relating to Bonding.

If for any reason the Employer terminates the services of any employee working under this Agreement, the accrued wages and fringe benefits of that employee shall be paid to him at the time of termination of his employment, otherwise waiting time shall be charged for the accrued wages. If any employee shall, of his own volition, leave the services of his Employer, then his Employer may retain his wages until the next regular pay day.

Should an employee be required to wait for his pay after the hours specified in **Article IX,**

16

**Sections 1, 2 ,3  and 4**, except for reasons beyond the Employer's control, then in addition, the employee shall receive time and one half for the first two (2) hours of waiting time on pay day or lay off and single time for any additional waiting time, except on Saturday, Sunday or holidays. However, such waiting time shall not exceed sixteen (16) hours.  An employee claiming said waiting time shall be required to show proof that he was actually present on the job during the waiting time claimed.

**Section 4 - Overtime - Lunch - Job Steward Hours**

     (a)    Time and one-half shall be paid for all work performed in excess of eight (8) hours per day, for all work performed in excess of forty (40) hours per week, and for all work performed on Saturdays.  Sundays and holidays shall be paid at the double time rate, except when being performed under **Article IX, Section 2**, Shifts.

     (b)    **Flexible Lunch** -- may be taken for an employee or group of employees according to the following schedule:

11:30 AM to 12:00 Noon

12:00 Noon to 12:30 PM

12:30 PM  to 1:00 PM

     (c)    **Job Steward**

On variable shift jobs, each Steward is to work only eight (8) hours.

## Section 5 - Holidays

(a)     Holidays shall be observed as follows:

| | |
|---|---|
| New Year's Day | Labor Day |
| President's Day | Veterans Day |
| (3rd Monday in February) | Election Day (in a |
| Memorial Day(Decoration Day) | Presidential Election Year Only) |
| Independence Day | Thanksgiving Day |
| (4th of July) | Christmas Day |

If an employee does not work on said holiday he shall receive no pay for said day.

If an employee works on said holiday he will be paid only the double time rate.

(b)     Where the workday ends at 8:00 a.m. on a Saturday, Sunday, or holiday, the Employer may, at its discretion, define Saturday, Sunday, or holiday, as beginning at 8:00 a.m. of the Saturday, Sunday, or holiday, and continuing until 8:00 a.m. of the following day, except when necessary to conform to the provision of **Article IX, Section 7, Subdivision (b)**.

## Section 6 - Work Classification - Wages - Total Fringes

(a)     Wage rates and fringe benefits contributions within the bargaining unit shall be determined and/or reallocated by the union at its sole discretion, in conjunction with the fund trustees.

(b)     All Journeyman shall receive the following annual increases, which shall be allocated to wage and/or benefit contributions within the sole discretion of the Union.

| | | | |
|---|---|---|---|
| May 01, 2002 | $1.00 | May 01, 2004 | $1.25 |
| November 01, 2002 | $1.50 | November 01, 2004 | $1.00 |
| May 01, 2003 | $1.50 | May 01, 2005 | $2.00 |
| November 01, 2003 | $1.00 | May 01, 2006 | $2.00 |

In all other categories, the increase shall be allocated to wage and/or benefit contributions as determined by the Union and if allocated to wages, these employees

18

shall receive a pro-rated wage increase based on their percentage of journeyman wage.

## DOCKBUILDER WORK -- WAGE RATE PER HOUR

### DOCKBUILDER - GENERAL FOREMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $39.65 | | | |
| Fringe | $24.61 | | | |
| **Total W&F** | **$64.26** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

### DOCKBUILDER - FOREMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $35.08 | | | |
| Fringe | $24.61 | | | |
| **Total W&F** | **$59.69** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

### DOCKBUILDER - JOURNEYMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $30.50 | | | |
| Fringe | $24.61 | | | |
| **Total W&F** | **$55.11** | **$56.61** | **$58.11** | **$59.11** |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$60.36** | **$61.36** | **$63.36** | **$65.36** |

## APPRENTICES

Apprentice wage increases may be deferred for reasons determined by the Joint Apprenticeship Committee or its training director by written notice to the Employer.

**FOURTH YEAR DOCKBUILDER APPRENTICE - 80%**

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $24.40 | | | |
| Fringe | $16.96 | | | |
| **Total W&F** | **$41.36** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

**THIRD YEAR DOCKBUILDER APPRENTICE - 65%**

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $19.83 | | | |
| Fringe | $16.96 | | | |
| **Total W&F** | **$36.79** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

**SECOND YEAR DOCKBUILDER APPRENTICE - 50%**

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $15.25 | | | |
| Fringe | $16.96 | | | |
| **Total W&F** | **$32.21** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

**FIRST YEAR DOCKBUILDER APPRENTICE - 40%**

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $12.20 | | | |
| Fringe | $16.96 | | | |
| **Total W&F** | **$29.16** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $ | | | |

Wage rate and fringe benefit contributions within the bargaining unit shall be determined and/or reallocated by the Union at its sole discretion.

## CONCRETE FORM WORK ONLY -- WAGE RATE PER HOUR

### DOCKBUILDER - GENERAL FOREMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $39.65 | | | |
| Fringe | $18.77 | | | |
| **Total W&F** | **$58.42** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $ | | | |

### DOCKBUILDER - FOREMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $35.08 | | | |
| Fringe | $18.77 | | | |
| **Total W&F** | **$53.85** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $ | | | |

### DOCKBUILDER - JOURNEYMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $30.50 | | | |
| Fringe | $18.77 | | | |
| **Total W&F** | **$49.27** | **$50.77** | **$52.27** | **$53.27** |

21

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $54.52 | $55.52 | $57.52 | $59.52 |

## APPRENTICES

Apprentice wage increases may be deferred for reasons determined by the Joint Apprenticeship Committee or its training director by written notice to the Employer.

### FOURTH YEAR DOCKBUILDER APPRENTICE - 80%

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $24.40 | | | |
| Fringe | $11.95 | | | |
| **Total W&F** | **$36.35** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $ | | | |

### THIRD YEAR DOCKBUILDER APPRENTICE - 65%

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $19.83 | | | |
| Fringe | $11.95 | | | |
| **Total W&F** | **$31.78** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | $ | | | |

### SECOND YEAR DOCKBUILDER APPRENTICE - 50%

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $15.25 | | | |
| Fringe | $11.95 | | | |
| **Total W&F** | **$27.20** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| Total W&F | $ | | | |

**FIRST YEAR DOCKBUILDER APPRENTICE - 40%**

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| Wage | $12.20 | | | |
| Fringe | $11.95 | | | |
| **Total W&F** | **$24.15** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$** | | | |

Wage rate and fringe benefit contributions within the bargaining unit shall be determined and/or reallocated by the Union at its sole discretion.

(c)    **Dockbuilder Foreman - General Dockbuilder Foreman**

All Dockbuilder Foreman shall receive a wage 15% above the Dockbuilder Journeyman, and all Dockbuilder General Foreman shall receive a wage 30% above the Dockbuilder Journeyman.

(d)    **Assessment**

Two percent (2.0%) assessment of the hourly rate of wage, excluding fringes, to be deducted from employees under the jurisdiction of the Local Union No. 1456 upon signed authorization by employee and paid by check to Local Union 1456 weekly. This amount can be raised or lowered by the union upon written notice.

**Section 7 - Conditions**

(a)    **General Dockbuilder Foreman**

Where five (5) or more Dockbuilder and Foundation Foreman with gangs are employed on any one (1) shift under one (1) contract, there will one General Dockbuilder Foreman, selected by the Employer, employed for that contract, during the employment of the five (5) or more Dockbuilder Foremen with gangs.  On form

23

work alone, there will be a General Foreman when the 36th Dockbuilder is employed on the form work.  Other than larger forming gangs, the General Foreman will be hired according to the Independent Heavy Construction Dockbuilding Marine and Foundation agreement **Article IX, Section 7, Subsection (a)**.

(b)    <u>Variable Shift Commencement</u>

A shift commencing Monday through Friday, shall begin two (2) hours before and two (2) hours after normal starting time, in one-half hour increments.  In variable shifts the Employer may vary the shift of a Foreman and his entire crew, or part of his crew and such work shall be paid at the appropriate shift rate.  It is agreed that on tide work, the Contractor can start his or her job according to tide schedules providing the eight (8) hour shift is completed between the hours of 6:00 a.m. and 6:00 p.m.  A Dockbuilder cannot work more than eight (8) hours in a twenty-four (24) hour time period unless it is determined as overtime.

(c)    <u>Off Shift</u>

An Off Shift may commence between the hours of 5:00 p.m. and 10:00 p.m. and shall work for eight and one-half (8-1/2) continuous hours allowing for one-half (½) hour for lunch.

The rate of pay shall be nine (9) hours pay including benefits at the straight time rate for eight (8) hours work.

(d)    <u>Storage of Tools and Clothing</u>

The Employer shall provide a suitable shed or room of sufficient size for the Dockbuilder's tools and clothing when the project is operating and employees covered by this Agreement are employed on the project.  Said room or shed shall not

24

be used for the storage of any other materials. The Steward or Foreman shall be furnished a key for said storage facility, and the employees will store therein all tools not actually being used by them. These requirements shall not apply whenever less than four (4) dockbuilders are employed on any job under a single contract, however, adequate facilities whether mutual or otherwise shall be provided for said Dockbuilders.

If an employee covered by this Agreement is storing his tools and/or clothing in said storage facility, the Employer shall be responsible for the loss of said tools and/or clothing due to fire, flood or theft but only if the employee has previously filed with the Employer a list of the tools he has brought to the job. The Employer's liability shall be limited to a sum not to exceed:

| | | |
|---|---|---|
| Tools | $300.00 | ($250.00 on concrete work) |
| Overcoat | $100.00 | |
| Clothing | $100.00 | |
| Shoes | $50.00 | |

Upon submission of appropriate proof of loss to the Employer following the acceptance of said submission, the employee shall be paid for said loss. Payment shall be made within fourteen (14) working days of receipt of the proof of loss. If proof of loss is not accepted by the Employer, it shall be submitted within forty-eight (48) hours thereafter for final determination jointly to the Employer and the Union.

(e)    **Sharpening of Tools**

Employees' tools which become dulled on the job shall be reconditioned at the expense of the Employer by an employee covered under this Agreement.

25

(f)    **Drilling Machines Utilized on Caissons**

        (1)    A Dockbuilder covered by this Agreement shall operate each drilling machine which is utilized on caissons with employees covered by the agreements between the International Union of Operating Engineers, Members of the New York City District Council of Carpenters and Employer.

        (2)    If three (3) or more drilling machines which are utilized on caissons are in operation on one (1) shift under one (1) contract, a Foreman covered by this Agreement shall be employed.

(g)    **Timekeeping Devices**

Employees shall not be required to pick up or operate any timekeeping device, except during the normal work shift.

(h)    **Job Injury - Medical Attention**

There shall be no reduction in a day's wages to any employee on the day of injury when medical attention is required to said employee while working on the Employer's job, provided the employee submits a note from the doctor or clinic stating that the employee cannot work that day.

(i)    **Apprentice Manning**

Where five (5) or fewer Dockbuilders are employed, no more than one of them may be an Apprentice. However, where more than six (6) Dockbuilders are employed, at least one shall be an Apprentice and for every six (6) additional Dockbuilders employed at least one (1) additional Apprentice shall be employed.

26

(j)   **Welder-Burner**

Each Welder and Burner shall be licensed in accordance with applicable laws, and present said license to his Employer when requested.

(k)   **Intoxicating Beverages or Use of Drugs**

The consumption of intoxicating beverages or use of drugs on a jobsite is prohibited. Violation of this rule, after due warning is sufficient reason for dismissal.

(l)   **Drug Testing Clause**

The Employer and the Union agree that when required by the contract of any City, State, Federal and/or Quasi Public Agency, Utility Company, or Private Owner to test the employees covered by this agreement for Drugs and/or Alcohol abuse, they shall comply.

(m)   **Size of Work Crews**

Bull gangs to consist of two (2) Dockbuilders and one (1) Dockbuilder Foreman minimum, where equipment is used exclusively for Local 1456 to handle their material.

(n)   **Equipment**

Where fork lifts, Ross Carriers or front end loaders are utilized for handling material and equipment, one (1) Dockbuilder will be used to handle sleepers, signal and guide said equipment, for Local 1456 work jurisdiction exclusively.

(o)   **Creosote Pay**

While working on land pile driving, floating marine construction and the construction of wharves, Dockbuilders shall receive twenty-five cents ($0.25) per hour premium for hours actually worked while handling and working with creosote

27

and creosote impregnated products.

(p)     **Saturday Make-up**

When conditions beyond the control of the Employer, such as severe weather, wide spread power failure, fire, natural disaster, etc., prevent the operation of the job on one or more normal working days, the Employer may, with notification to the Union, schedule the Saturday of that calendar week during which work was prevented, as a make-up day at straight time. All hours worked in excess of the normal work day shall be paid for at the rate of time and one-half. When a holiday falls on a Saturday, then the make-up day rate shall be double time. In order to utilize a Saturday as a make-up day, the Employer must declare a regular work day "terminated", for one of the reasons listed above, no later than 10:00 a.m. of the day terminated, and must notify the Union of its desire to work a make-up day by noon of the day preceding the make-up day. Employees employed by the Employer on the day so "terminated" shall have the right of first refusal to work on the make-up Saturday, but said employees shall also have the right to decline work on a make-up Saturday, without any penalty. If workers are needed to work a make-up Saturday, other than those already working on the job, the Employer shall call the District Council for men before employing men secured from any other source.

(q)     **Hazardous/Toxic/Contaminated Waste Sites**

For jobs bid after January 1, 1994:

(i)     Conditions of employment at a hazardous/toxic/contaminated waste site shall be subject to all appropriate safety and insurance regulations required by appropriate governmental agencies.

28

(ii)    Dockbuilders engaged in hazardous/toxic/contaminated waste removal, on a State or Federally-designated hazardous/toxic/contaminated waste site, where the Dockbuilder comes into contact with hazardous/toxic/contaminated waste material, and when A. B. or C. personal protective equipment is required and used for respiratory, skin or eye protection, the Dockbuilder shall receive an additional 20% premium above the hourly wage set forth in this agreement.

(r)    When employees are referred to a job and report for work, and no work is provided, they shall receive one (1) hour pay. All employees reporting for work and ready to start at the designated start time, shall receive one (1) hours' show-up time, if the job does not start.

(s)    Ten (10) minute coffee break in the morning.

(t)    The Business Agent or Shop Steward shall have the authority to examine the pay of the employees of their Union.

(u)    The Employer will provide adequate time for clean-up prior to lunch and quitting time.

(v)    When employees are requested to work in foul weather or muddy conditions on the job site, the Employers will provide jacket, pants, and boots, which shall be properly cared for by the employee.

(w)    **Dockbuilder Competitive Work Committee**

A Competitive Work Committee has been established to keep parties to this Agreement competitive with those firms that operate as vertical and/or non-union company. The express goal of this committee is to assist parties to the Agreement to be competitive with these companies.

29

This Dockbuilder Competitive Work Committee has established special conditions regarding manning for Dockbuilder work as outlined in a Competitive Work Memorandum of Understanding, dated April 22, 1999. By virtue of the Competitive Work Memorandum of Understanding, representatives of Local 1456 and other parties to this Agreement will utilize the provisions of said Memorandum of Understanding, when competing for work with vertical, nonunion, and those firms not signatory to this Agreement, by mutual agreement, on a job by job basis. Members of the Competitive Work Committee agree to review the provisions of the Memorandum of Understanding on a periodic basis, in order to update provisions where necessary. The committee will meet upon written request of the Union or Employer.

(x)   The parties to this Agreement will form a Committee to develop a Competitive Work Agreement, for implementation prior to December 31, 1999, for non-prevailing work within the New Jersey jurisdiction.

(y)   **Construction Industry Advancement Program Promotional Fund (CIAP)**

Effective the 1st day of May 2002, as agreed upon by the Employer, six (.06) cents for each hour worked by each employee covered by this Agreement shall be paid by the Employer of such employees, to the Administrator (Associated General Contractors of New Jersey(AGC/NJ), the Construction Contractors Labor Employers of New Jersey(CCLE), and Building Contractors Association, Inc. of New Jersey) of the several employee benefit funds established herein, for the purpose of advancement, improvement, and betterment of the industry covered by this Agreement, so as to improve conditions and increase opportunity for employment.

30

It is agreed and understood that the program will not be used for any anti-union purposes, that the Trustees of the New York District Council of Carpenters Benefit Funds will receive minutes of all Construction Industry Advancement Program Promotional Fund (CIAP) meetings, and that the collection of contributions is conditioned at all times upon approval of the Trustees of the New York District Council of Carpenters Benefit Funds. The said Trustees of the New York District Council of Carpenters Benefit Funds shall be permitted to attend Construction Industry Advancement Program Promotional Fund (CIAP) meetings as non-voting observers. The collection of contributions is conditioned upon these understandings.

(z)     **Apprenticeship, Retraining, Educational and Industry Promotional Fund** In the event an Employer does not wish to be bound to contribute to the Construction Industry Advancement Program Promotional Fund (CIAP), as set forth in this **Article** hereof, then said Employer hereby agrees to be bound to contribute six (.06) cents for every hour worked by the employees of said Employer, whenever engaged in Dockbuilding whatsoever, to the Apprenticeship, Journeyman Retraining, Educational and Industry Promotional Fund. This contribution is in addition to the contribution provided for in **Article XI** of this Agreement.

## ARTICLE X

## Intent of Agreement - Subcontractors

## Section 1 - Spirit of Agreement

This Agreement and all of its terms and provisions are predicated on an effort and a spirit of bringing about more equitable conditions in the Construction Industry, and the language herein shall

31

not be misconstrued to evade the principles or intent of this Agreement.

## Section 2 - Binding Subcontractors and Other Firms

(a)    The terms, covenants and conditions of this Agreement shall be binding upon all subcontractors at the site to whom the Employer may have sublet all or part of any contract entered into by the Employer.

The Employer will only award on site subcontracts necessitating employment of employees covered by this Agreement to subcontractors who are under agreement or are willing to enter into agreement with the Union.

The Employer will violate this Agreement if it willfully neglects to notify the Union in writing by certified mail or hand delivery to the offices of the District Council within thirty (30) days after an award of a subcontract necessitating employment of employees covered by this Agreement.

The Employer will not sublet to another Contractor the safety protection of openings and stairways. This does not include the planking or other protection of openings in concrete arches during the form work stage until the time of stripping; nor does it include a restriction on the subletting of sidewalk bridge construction or maintenance. Nothing in this Agreement will forbid the Employer which has an agreement with the New York District Council of Carpenters from hiring on its payroll on a temporary basis, Dockbuilders who may be performing work for other Contractors on the same jobsite, or to perform protection work on a time-and-material basis.

(b)    This Agreement shall be binding on the Employer, its successors and/or assigns as well as any firm, be it corporation, partnership or joint venture, which the Employer,

its successors and/or assigns, has, or acquires, a financial interest in.

(c)    At least five (5) working days prior to the inception of any job where the

Dockbuilding work is $100,000 or more, the Employer shall contact the Union to

arrange a conference on the jobsite to discuss work assignment and the application

of this Agreement to the particular job.

## ARTICLE XI

### Fringe Benefit Funds

#### Section 1 - Funds - Contributions - Collection

The Employer shall pay the amounts indicated herein, for employees covered by this

Agreement, and employed within the jurisdictional territory of the Union into a United States

treasury-approved:

The District Council of Carpenters
of New York City & Vicinity

-Welfare Fund (hereinafter "Welfare Fund")
-Pension Fund (hereinafter "Pension Fund")
-Vacation Fund (hereinafter "Vacation Fund")
-Annuity Fund (hereinafter "Annuity Fund")
-Apprenticeship, Journeyman Retraining,  Education and Industry Fund
(hereinafter "AJRE&I Fund")
-Supplemental Fund (hereinafter "Supplemental Fund")
-N.Y.C. and Vic L/M Coop Fund (hereinafter "NYDCC Fund")
-U.B.C. National Health & Safety, Apprenticeship Training, and Education
and  Development Funds. (hereinafter " U.B.C. & J.A. Fund")

All hereinafter collectively "Fringe Benefit Funds" each Fund to be administered by Trustees,

one-half of whom shall be designated by the Union and one-half by the Employers.

The Employer is bound by all the terms and conditions of the Agreement and Declaration

of Trust with respect to each of the Fringe Benefit Funds, which Agreement and Declaration of Trust

33

are hereby made part of this Agreement and shall be considered as incorporated herein.

The Employer shall pay all required fringe benefits weekly by stamp, except benefits for concrete form work, which shall be paid directly by check to the New Jersey Carpenters Benefit Fund. The following contributions shall be paid for hours worked but not on the premium portion of the overtime rate:

### DOCKBUILDER WORK -- BENEFIT RATE PER HOUR

### DOCKBUILDER - GENERAL FOREMAN, FOREMAN, AND JOURNEYMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| WELFARE | $ 8.80 | | | |
| PENSION | $ 5.41 | | | |
| ANNUITY | $ 5.00 | | | |
| AJREIF | $ 0.30 | | | |
| VACATION | $ 4.90 | | | |
| SUPPLE | $ 0.04 | | | |
| UBC&JA | $ 0.06 | | | |
| NYDCC | $ 0.10 | | | |
| **TOTAL** | **$24.61** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| WELFARE | $ | | | |
| PENSION | $ | | | |
| ANNUITY | $ | | | |
| AJREIF | $ | | | |
| VACATION | $ | | | |
| SUPPLE | $ | | | |
| UBC&JA | $ | | | |
| NYDCC | $ | | | |
| **TOTAL** | **$** | | | |

34

## DOCKBUILDER APPRENTICES

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| WELFARE | $ 8.80 | | | |
| PENSION | $ 2.71 | | | |
| ANNUITY | $ 2.50 | | | |
| AJREIF | $ 0.30 | | | |
| VACATION | $ 2.45 | | | |
| SUPPLE | $ 0.04 | | | |
| UBC&JA | $ 0.06 | | | |
| NYDCC | $ 0.10 | | | |
| **TOTAL** | **$16.96** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| WELFARE | $ | | | |
| PENSION | $ | | | |
| ANNUITY | $ | | | |
| AJREIF | $ | | | |
| VACATION | $ | | | |
| SUPPLE | $ | | | |
| UBC&JA | $ | | | |
| NYDCC | $ | | | |
| **TOTAL** | **$** | | | |

Note:    All payments of fringe benefits for <u>Dockbuilder Work</u> will be made by certified or bank check and sent to:
New York District Council of Carpenters Benefit Funds
395 Hudson Street; 9th Floor
New York, New York 10014
Telephone # 212.366.7500

## CONCRETE FORM WORK ONLY -- BENEFIT RATE PER HOUR

## DOCKBUILDER - GENERAL FOREMAN, FOREMAN, AND JOURNEYMAN

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|-----------|----------|----------|----------|----------|
| WELFARE | $ 5.10 | | | |
| PENSION | $ 4.83 | | | |
| ANNUITY | $ 4.59 | | | |
| VACATION | $ 4.25 | | | |
| **TOTAL** | **$18.77** | | | |

35

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| WELFARE | $ | | | |
| PENSION | $ | | | |
| ANNUITY | $ | | | |
| VACATION | $ | | | |
| **TOTAL** | $ | | | |

## DOCKBUILDER APPRENTICES

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| WELFARE | $ 5.10 | | | |
| PENSION | $ 2.42 | | | |
| ANNUITY | $ 2.30 | | | |
| VACATION | $ 2.13 | | | |
| **TOTAL** | **$11.95** | | | |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| WELFARE | $ | | | |
| PENSION | $ | | | |
| ANNUITY | $ | | | |
| VACATION | $ | | | |
| **TOTAL** | $ | | | |

Note:    **All payments of fringe benefits for <u>Form Work Only</u> will be sent to:**
**New Jersey Carpenters Benefit Fund**
**Raritan Plaza Two;  P.O. Box # 7818**
**Edison, New Jersey 08818-7818**
**Telephone # 732.417.3900**

All Apprentices shall receive fifty percent (50%) of the Pension, Annuity, and Vacation contributions in accordance with the following schedule.  The contributions shall be paid for hours worked but not on the premium portion of the overtime rate.  In the case of General Foreman, Foreman, and Apprentices 1st year and 2nd year, contributions shall be made to the Fringe Benefit Funds on the basis of hours for which said employee is actually paid, regardless of whether said hours are actually worked.  This provision does not apply to Bonus, Vacation, or Sick pay, which is paid voluntarily to said employee.

A stamp plan has been established which provides for the payment of contributions to the

36

Welfare Fund, Pension Fund, Vacation Fund, Annuity Fund, New York City and Vicinity Labor Management Cooperation Fund, United Brotherhood of Carpenters and Joiners of America Fund, Apprenticeship Journeymen Retraining Educational and Industry Fund and Supplemental Funds through a consolidated stamp, except benefits for concrete form work, which shall be paid directly by check to the New Jersey Carpenters Benefit Fund. The Employer will comply with procedures established by the Benefit Fund Trustees to assure that the employee receives the consolidated stamp together with his/her pay. The stamps shall be purchased through facilities established by the Bank of New York or such other agencies authorized by the Trustees.

## Section 2 - Coverage of Additional Employees Under the Welfare and Pension Plan

Every present and future salaried regular employee of the Union, the Welfare Fund, and the Pension Fund may participate in the benefits provided herein for employees of each Employer for whose benefit the aforementioned contributions are made to the Welfare Fund and Pension Fund, provided that contributions at the rate herein before stated are made to the Welfare Fund and Pension Fund for or on behalf of said employees of the Union, the Welfare Fund, and the Pension Fund by the respective Employers of said employees.

## Section 3- Liability for Subcontractors

If a Subcontractor of the Employer is in default of payment in respect to the Fringe Benefit Funds provided for herein, then the Employer shall be liable to said Funds for any unpaid contributions accruing by the Subcontractor. The Employer will only be liable for the unpaid contribution, and in no event shall an Employer be liable for any liquidated damages, interests, costs or fees for which its subcontractor may be liable.

## Section 4 - Work Stoppage for Default in Fringe Benefit Funds Contributions

Whenever an Employer is in default on payments to the Fringe Benefit Funds and reasonable notice of such default is given to the Employer, the Union may remove the employees from the work of said Employer. If said employees who are removed remain at the work site during regular working hours, they shall be paid for lost time not to exceed three (3) days' pay.

## Section 5 - Liquidated Damages

(a)    In the event the Employer fails to make contributions to the Fringe Benefit Funds as specified in **Article XI Section 1** herein, the Employer shall be obligated to pay to said Fringe Benefit Funds as liquidated damages as provided for in the Agreement and Declaration of Trust establishing such Fund.

(b)    If an audit is required of the Employer's books and records and there is established an unpaid balance in contributions to the Fringe Benefit Funds and said unpaid balance is not paid within thirty (30) days of notification to the Employer, then in addition to the costs as set forth in **(a)** above, as additional liquidated damages the Employer shall be obligated to pay to said Fringe Benefit Funds five (5) percent of the unpaid contributions.

(c)    If thereafter, in the sole discretion of the Trustees, the matter is referred to legal counsel for collection, then in addition to the costs set forth in **(a)** and **(b)** above, the Employer shall be obligated to pay to said Fringe Benefit Funds five (5%) percent of the unpaid contributions as attorney's fees.

(d)    It is understood that the above liquidated damages are cumulative.

(e)    In no event shall an Employer be liable for any of the above listed liquidated damages, interests, costs or fees for which its subcontractor may be liable.

(f)    In the event that formal proceedings are instituted before a court of competent

38

jurisdiction by the trustees of a Benefit Fund or Funds to collect delinquent contributions to such Fund(s), and if such court renders a judgment in favor of such Fund(s), the Employer shall pay to such Fund(s), in accordance with the judgment of the court, and in lieu of any other liquidated damages, costs, attorney's fees and/or interest, the following:

    (a)    the unpaid contributions; plus

    (b)    interest on the unpaid contributions determined at the prime rate of Citibank plus 2%; plus

    (c)    an amount equal to the greater of --

        (1)    the amount of the interest charges on the unpaid contributions as determined in **(b)** above, or

        (2)    liquidated damages of 20% of the amount of the unpaid contributions; plus

    (d)    reasonable attorney's fees and costs of the action; and

    (e)    such other legal or equitable relief as the court deems appropriate.

    (g)    In the event that proceedings are instituted before an arbitrator under this Agreement to collect delinquent contributions to a Benefit Fund or Funds, and such arbitrator shall be empowered to award such interest, liquidated damages, and/or costs as may be applicable under the Agreement and Declaration of Trust establishing such Fund(s).

## Section 6 - Auditing

Each signatory Employer shall make available to the Trustees of the various Fringe Benefit Trust Funds, or their designated auditing representative, all pertinent books and records, including all cash disbursement records, time cards, Foreman's cards, time sheets, payroll sheets and payroll checks required for an audit, to enable a said auditor to ascertain and to verify, independently, that the proper contributions hereunder have been paid and such records will be produced whenever

39

deemed necessary by the Trustees in connection with the proper administration of their fiduciary responsibilities. In order to accomplish this end, it is specifically agreed that should any affiliate or subsidiary Contractor be involved with the business activities of this Employer that this Employer will make available all the pertinent books and payroll records of such affiliate or subsidiary to the auditor so that a complete audit can be conducted. The extent of the audit, and the determination as to what pertinent records are necessary to complete the audit, is in the sole discretion of the Employer/Union Trustees, so that they may independently verify that all required contributions have been made and discover the identity of all beneficiaries under the plans for which they have been entrusted, for proper administration. Seven (7) days after a written request for audit is received the Employer shall make available records consisting of wage payments and contributions to the Fringe Benefit Funds and said records shall include. If an auditor for the Fringe Benefit Funds schedules an appointment in writing with an Employer, and the Employer confirms said appointment in writing, and the auditor is prevented by the Employer from commencing his audit on the agreed upon date, the Employer will be liable to the above mentioned Funds for $100.00 cost due to the delay.

## Section 7 - Supplemental Fund

The Employer contribution commencing July 1, 1999 shall be in the amount of four ($0.04)cent per hour for all hours worked. Said contribution shall be allocated in the following manner:

| | |
|---|---|
| Carpenters Relief & Charity Fund | Two and One-Half ($0.025) cent per hour |
| Scholarship Fund | One and One-Half ($0.015) cent per hour |

The Supplemental Fund shall be established in accordance with applicable law, and any employee authorization that is required shall be secured by the Union.

40

## Relief and Charity Fund

The purpose of the Carpenters Relief and Charity Fund is to enable the parties to make charitable donations in the name of the carpentry industry from time to time. Said donations shall be made to duly recognized tax exempt institutions within the meaning of the Internal Revenue Code and to provide emergency assistance to bona fide victims of disaster, catastrophe and community projects for the good of the general public. The contributions shall be included in the payment of the Fringe Benefit Stamp. The Fund shall be administered by a minimum of two persons, one designated by the Union and the other by the Association. They shall serve without pay and shall be bonded to the extent required by law. All moneys received by the Fund shall be deposited in a bank selected by the two administrators and shall be disbursed only by check signed by both administrators. At least once a year the entire balance of the Fund on hand shall be disbursed to organizations and persons who meet the qualifications set forth above. The administrators shall keep such books of record as may be necessary. Once a year the administrators shall account for all moneys received and disbursed.

## Section 8 - New York City and Vicinity Carpenters Joint Labor-Management Fund

Effective July 1, 1999 the parties to this agreement recognize the New York and Vicinity District Council of Carpenters Joint Labor-Management Industry Committee. The Committee will be funded by contributions of ten ($0.10) cent per hour worked through the Trusts Funds Stamp Plan. Said contributions shall be made in accordance with all applicable Federal and State Laws pertaining thereto. If any of the above allocations are determined, in the opinion of counsel, legally improper, then in that event said allocation may be reallocated by the union to a presently existing Fringe Benefit Fund or to another fund to be established by the Union and the Employer.

The Employer and the union acknowledge that they are represented by their duly designated

trustees to administer the various Fringe Benefit Trust Funds provided for in this contract. Because of the various liabilities and responsibilities placed upon all parties to this agreement, including all contractors and union representatives and their respectively designated trustees, each contractor hereby agrees that the Fringe Benefit Fund Trustees shall have the necessary powers to fulfill their fiduciary obligations in order to fully protect each Employer signed to this agreement and their employee-beneficiaries under the respective fund plans.

## Section 9 - U.B.C. National Health & Safety, Apprenticeship Training, and Education and Development Funds

In addition to any contributions otherwise called for herein, the parties agree that the Employer shall make a contribution of two ($0.02) cents per hour worked for each employee covered by this Agreement to the United Brotherhood of Carpenters Apprenticeship & Training Fund of North America (the "Training Fund"). The parties also agree that the Employer shall make a contribution of two ($0.02) cents per hour worked for each employee covered by this Agreement to the United Brotherhood of Carpenters Health & Safety Fund of North America (the "Health & Safety Fund"). The parties also agree that the Employer shall make a contribution of two ($0.02) cents per hour worked for each employee covered by this Agreement to the Labor-Management Education and Development Fund. The Employer hereby agrees to be bound by the trust indenture agreement applicable to the U.B.C. National Health & Safety, Apprenticeship Training, and Education and Development Funds as they exist and as they may be amended or restated, and to such rules, regulations and other governing documents adopted pursuant to such Trusts.

## Section 10 - Arbitration

Should any dispute or disagreement arise between the parties hereto, or between the Union and any Employer-member signatory hereto, concerning any claim arising from payments to the

Fund of principal and/or interest which is allegedly due, either party may seek arbitration of the dispute before the impartial arbitrator designated hereunder by filing a notice of intent to arbitrate, in writing, with said impartial arbitrator and serving a copy of said notice on the Employer and the Union, as the case may be, and in a manner permitted by law. Unless a waiver is mutually agreed to, in writing, by the parties hereto, a hearing shall be convened as soon as practicable, and the arbitrator shall submit his award within twenty (20) days of the close of the hearing. The arbitrator shall have full and complete authority to decide any and all issues raised by the submission and to award appropriate damages. The arbitrator's award in this regard shall be final and binding upon the parties hereto and the individual Employer, if any, and shall be wholly enforceable in any court of competent jurisdiction. The cost of the arbitration, including the fees to be paid to the arbitrator, shall be included in the award and shall be borne by the losing party. Roger Maher, Esq., Robert Herdoz, Esq. or Joseph Lipowski, Esq. is hereby designated as impartial arbitrator hereunder. In the event Roger Maher, Robert Herdoz or Joseph Lipowski is unwilling or unable to serve as impartial arbitrator, the New York State Board of Mediation shall designate an impartial arbitrator to serve in his place and stead.

The agreement of the parties to submit said matters regarding the payment of contributions to an arbitrator does not excuse an Employer from any statutory, civil or criminal liability which may attach to his actions under Municipal, State or Federal law. The submission of a matter to arbitration is in no way meant to affect the right of the Union to remove its members from an Employer's premises, as provided for in this Agreement.

## ARTICLE XII

### Jurisdiction

#### Section 1 - Marine Diving and Tending

As the successor to Local Union 2295, Local Union 1456 claims all territorial jurisdiction heretofore granted to, or claimed by, said Local Union.


## ARTICLE XIII

### Employees Covered

#### Section 1 - Marine Diving & Tending

Marine Diving and Tending work, where referred to in this Agreement, shall consist of all foundation, heavy construction work, salvage work, underwater photography, underwater television, soil sampling when diving is required, demolition work, blast drilling, airlifting, jetting, repairing, removing, recovering and inspecting of all objects related to construction and all offshore oil field exploration and maintenance related to diving.

(a)     The underwater work of inspecting pumps and screen wells, and the internal and external inspection of all enclosures, the underwater work of inspecting, connecting, aligning, placing and handling of all submarine pipelines made of plastic, concrete, steel of any other composition or combination of materials. The underwater work on all cooling intake and outfall pipelines, regardless of the material used to fabricate the pipe. The underwater work on all sewer outfall pipes regardless of length, diameter or material used to fabricate same.

(b)     All underwater work involved in the pulling and laying of cables and wire.

44

All underwater work involved in the repair of cable and wire. All underwater inspection of hulls. All underwater burning, welding and cutting by whatever method used, and all underwater work related to the work defined in this **Section 1** requiring the use of any type of diving apparatus or equipment.

All jurisdictional work provided for herein as specifically granted to the employees under the jurisdiction of Local 1456 is to be interpreted and assigned in accordance with past work practices in geographical areas, and in relationship with other unions of the United Brotherhood of Carpenters and Joiners of America, AFL-CIO, and other unions in the heavy construction industry, including but not limited to the International Union of Operating Engineers, AFL-CIO and the Laborers International of North America AFL-CIO.

## ARTICLE XIV

### Hours - Wages - Fringes - Conditions

#### Section 1 - Hours of Work

#### Eight Hour Basis of Pay

All Divers and Tenders shall be paid on no less than eight (8) hour basis, per day.

#### Stand-By Time Payment - Divers

A Master Diver and Marine Diver shall receive the Marine Diver's rate of wage for Stand-By Time. A Marine Diver Tender shall receive the Marine Diver Tender's rate of wage for Stand-By Time.

45

## MARINE DIVER WAGE RATE (PER HOUR)

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $37.24 | | | |
| Fringe | $24.61 | | | |
| **Total W&F** | **$61.85** | **$63.35** | **$64.85** | **$65.85** |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$67.10** | **$68.10** | **$70.10** | **$72.10** |

## MARINE DIVER TENDER WAGE RATE (PER HOUR)

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| Wage | $27.78 | | | |
| Fringe | $24.61 | | | |
| **Total W&F** | **$52.39** | **$53.89** | **$55.39** | **$56.39** |

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|---|---|---|---|---|
| Wage | $ | | | |
| Fringe | $ | | | |
| **Total W&F** | **$57.64** | **$58.64** | **$60.64** | **$62.64** |

Wage rates and fringe benefit contribution within the bargaining unit shall be determined and/or reallocated by the Union at its sole discretion.

## MARINE DIVER AND MARINE DIVER TENDER FRINGE BENEFIT RATE (PER HOUR)

| Eff Date: | 05/01/02 | 11/01/02 | 05/01/03 | 11/01/03 |
|---|---|---|---|---|
| WELFARE | $ 8.80 | | | |
| PENSION | $ 5.41 | | | |
| ANNUITY | $ 5.00 | | | |
| AJREIF | $ 0.30 | | | |
| VACATION | $ 4.90 | | | |
| SUPPLE | $ 0.04 | | | |
| UBC&JA | $ 0.06 | | | |
| NYDCC | $ 0.10 | | | |
| **TOTAL** | **$24.61** | | | |

46

| Eff Date: | 05/01/04 | 11/01/04 | 05/01/05 | 05/01/06 |
|-----------|----------|----------|----------|----------|
| WELFARE | $ | | | |
| PENSION | $ | | | |
| ANNUITY | $ | | | |
| AJREIF | $ | | | |
| VACATION | $ | | | |
| SUPPLE | $ | | | |
| UBC&JA | $ | | | |
| NYDCC | $ | | | |
| **TOTAL** | $ | | | |

The Employer shall pay all required fringe benefits weekly by stamp. The contributions shall be paid for hours worked, but not on the premium portion of the overtime rate.

**Depth and Penetration Rates - Divers**

In addition to the wage and benefit rates set forth in this Agreement, employees who dive will be paid the following depth and penetration rates:

**Depth Rates**

### AIR DIVES

| 0 ft. - 59 ft. | No depth rate |
|----------------|---------------|
| 60 ft. - 74 ft. | 25 cents/ft./day from & over depths of 60 ft. |
| 75 ft. - 125 ft. | 78 cents/ft./day from & over depths of 75 ft. |

### MIXED GAS DIVES

| 0 ft. - 74 ft. | No depth rate |
|----------------|---------------|
| 75 ft. - 125 ft. | 78 cents/ft./day from & over depths of 75 ft. |

On dives with depths of 126 feet to 200 feet, the additional pay shall be at the rate of $1.60 per foot. Any dive over 200 feet shall be negotiated between the Diver and the Employer.

47

<u>**Penetration Rates**</u>

## PENETRATION DIVES

| | |
|---|---|
| 126 ft. to 200 ft. | $1.00 per foot |
| 201 ft. to 275 ft. | $1.25 per foot |
| 276 ft. to 350 ft. | $1.50 per foot |
| 351 ft. to 425 ft. | $2.00 per foot |

On Penetration Dives over 426 feet, the penetration rate will be a matter of negotiation between the Diver and the Employer, but in no event shall it be less than the maximum per foot rate set forth above, and the Diver will notify the District Council of the rate agreed upon between the Diver and the Employer.

<u>**Section 2 - Conditions-Divers And Tenders**</u>

(a)     <u>**Diving Unit**</u>

A Master or Marine Diver and a Marine Diver Tender shall constitute a diving unit. The Marine Diver Tender shall attend only one (1) Marine Diver at one (1) time. A Marine Diver may serve as a Marine Diver Tender on any shift during which he is available to dive, and Marine Diver shall be paid at the Marine Diver's rate of wage, for any shift during which he is employed exclusively as a Marine Diver Tender. On all dives where only one Dive Team is needed, the Dive Team will consist of a minimum of three (3) people as determined by OSHA regulations. On all construction jobs where one or more Dive teams are needed, they will always be assisted by Dockbuilders. A diver must be qualified to operate all life supporting equipment, when applicable, as per O.S.H.A. and U.S. Coast Guard requirements.

48

(b)    **Varying Shift Commencement**

It is understood and agreed that, because of certain ordinances governing certain operations, such as blasting and similar operations, shift hours will be arranged to conform with such regulations, and such shift work will be paid for at the single time rate, in conformity with the terms contained in this Agreement. It is also agreed that on tide work a shift may commence at any time between 7:00 a.m. and 9:00 a.m., and furthermore, if the Employer receives prior permission of the Union, at any time between 6:00 a.m. and 9:00 a.m.

(c)    **Decompression Chamber**

A Decompression Chamber will be available at a job site when decompression is required by O.S.H.A. or U.S. Coast Guard requirements.

(d)    **Diver Employee Tools and Dressing Room**

The Employer shall provide a suitable shed or room of sufficient size for the Divers' tools and clothing when the project is operating and employees covered by this Agreement are employed on the project. If an employee covered by this Agreement is storing his tools and/or clothing in said facility, the Employer shall be responsible for the loss of said tools and/or clothing due to fire, flood or theft, but such liability shall be limited to a sum not to exceed:

| | |
|---|---|
| Tools: | $300.00 |
| Overcoat: | $100.00 |
| Clothing: | $100.00 |
| Shoes: | $ 50.00 |

Upon submission of appropriate proof of loss to the Employer following the acceptance of said submission, the employee shall be paid immediately after proof

of loss has been determined.

(e) **Equipment**

Each Marine Diver and Marine Diver Tender shall furnish his own knife and underwear. All other equipment required to function as a Marine Diver or Marine Diver Tender shall be based on the following guidelines:

**Gear Rental:**        (Daily Rates) **Diver's Hats**        –        **$25.00**
                                      **Diver's Dress** –        **$20.00**

**Diver's full setup includes the following:**

| Hat | Dress | Compressor | Filter Rack |
|-----|-------|------------|-------------|
| Air Hose | Radio | Volume Tank | |

**$125.00 Daily Rate**

**ALL GEAR RENTAL IS TO BE PAID TO THE DIVER ON A WEEKLY BASIS.**

(f) **Physical Examination, First Aid Training & Training in Tools**

All Marine Divers and Marine Diver Tenders should be certified as Divers. To be considered qualified to dive, a Diver must show proof that he has had a physical exam administered by a physician, as defined in O.S.H.A. (P. 1910. 411 Medical Requirements) indicating he is medically fit to dive, within the last 12 months. In the case of hospitalization for more than 24 hours the Diver must have an additional exam indicating his fitness. All Marine Divers and Marine Diver Tenders must show proof of training or experience in all the tools and diving operations and emergency procedures, as set forth in O.S.H.A. All Marine Divers and Marine Diver Tenders shall show proof they have had First Aid Training (American Red Cross Standard Course of equivalent) and training in Cardio-Pulmonary Resuscitation to be considered qualified as set forth in O.S.H.A. All

50

Marine Diver Tenders should have training in a Diver Tender Course, which will be available at the New York District Council of Carpenters Apprenticeship School.

## Section 3 - Stand-by Time Divers and Tenders

(a)     Stand-by Time is defined as:

      (1)     time when a Marine Diver is requested to report to a job for consultation but makes no descent; or

      (2)     time when a Marine Diver is requested to report to a job and through no fault of his own makes no descent.

## Section 4 - Shifts - Divers and Tenders

(a)     A single shift shall be a continuous nine (9) hours, starting at 8:00 a.m., except when necessary to conform with the provisions of this **Article XIV, Section 2, Subdivision (b)**. The mealtime shall be one (1) hour, but it may be curtailed by one-half (½) hour.

      (1)     When Inspection Dives or Investigation Dives, which can be completed within eight (8) hours, are performed, for the sole purpose of determining underwater conditions on any off-shift where no other trades are working, the following conditions shall prevail:

            a)     No tools are to be utilized for construction purposes, only those tools which are needed for the proper ascertaining of the underwater conditions of the site to be inspected or investigated shall be used.

            b)     Ordinary diving gear and other appropriate safety gear which meet governmental standards and codes and conform to all the requirements of this Agreement may be worked or utilized.

51

(2)    On all inspection dives where only one Dive Team is needed, there shall always be a third person present at all times, for safety purposes.

(3)    When any work is performed on off-shifts with other trades that receive premium wages, then the employees covered by this Agreement shall also receive premium wages.  When divers and diver tenders are working off-shift and no other trade is present and receiving premium wages, then said divers and diver tenders shall work at straight time rates for the first eight (8) hours of said off-shift.

a)    When two (2) shifts are employed, the work period for each shift shall be a continuous eight (8) hours.

b)    When three (3) shifts are employed, each shift will work seven and one-half (7½) hours but will be paid for eight (8) hours, since only one-half (½) hour is allowed for mealtime.

c)    When two (2) or more shifts of Marine Divers and Tenders are employed, single time will be paid for each shift.

d)    A week shall start at 8:00 a.m. Monday and end at 8:00 a.m. Saturday, except when necessary to conform with the provisions of this **Article XIV, Section 2, Subdivision (b)**

## Section 5 - Overtime - Marine Divers & Tenders

Time and one-half the wage rate shall be paid for all work performed in excess of eight (8) hours per day, and for all work performed on Saturdays.  Work performed on Sundays and holidays will be at the double time rate.  No employee shall be required to work more than ten (10) hours. When a Diver is required, in accordance with O.S.H.A. or U.S. Coast Guard standards, to remain

52

in a Decompression Chamber beyond his eight (8) hour shift, such time shall be paid at the appropriate rate of pay, as provided herein.

## ARTICLE XV

### Mobility of Divers and Tenders

This Agreement will reflect the mobility of Divers and Tenders as outlined in the United Brotherhood of Carpenters and Joiners of America's General Executive Board Meeting.  All Fringe Benefit Payments shall be made to the New York District Council of Carpenters.

## ARTICLE XVI

### Surety Bond

**Section 1**

An Employer is required to post a bond as set forth in **Article XVI, Section 5** of this agreement to guarantee payment of contributions to the Funds as provided for in **Article XI.**

**Section 2**  Employer's Acknowledgment of Prompt Payments to the Funds

The Employer further acknowledges and the parties agree that prompt payment of fringe benefit contributions is essential to the proper administration of the Agreement, the appropriate funding and actuarial soundness of the Funds and the timely payment of benefits to participating employees.  The Employer agrees to comply with the Funds' Collection Procedures, as may be adopted by the Board of Trustees, including responding to information and other requests on a timely basis, promptly including but not limited to permitting and cooperating with an audit.  When a signatory Employer owes to the Benefit Funds an amount greater than the face amount of its bond, the bond must be increased to cover such indebtedness. An Employer determined to be delinquent shall be required

53

to make weekly cash payments to the Funds by certified check to cover on-going contribution obligations. If this is not done, the Union at its discretion may remove all of its members from the employ of that Employer.

**Section 3** Job Action for Non-Complying Employer

The Employer agrees to provide a bond in such amounts as provided for here in **Article XVI** relating to Bonding before commencing any work. In the event that the Employer fails to provide such bond within seven (7) days of commencing work, the District Council may consider the Employer in default and remove its members, upon reasonable notice, from each of the Employer's job sites. If the members remain on the site, they shall each receive no more than three (3) days of wages and fringe benefit contributions during such job action.

**Section 4** Personal Liability of Shareholders, Officers, Other Individuals

(A)    In the event that the Employer fails for any reason to satisfy the Bonding requirement provided for here in **Article XVI,** the Employer agrees that its shareholders, officers, and individuals who are empowered to execute agreements, sign checks and pay fringe benefit contributions shall be personally liable, jointly and severally, for all unpaid amounts due and owing to the Funds, including but not limited to interest, liquidated damages, auditors' costs, attorneys' fees and costs to collect the same.

(B)    No Limitations

This **Section** shall in no way relieve or excuse any Employer of the obligation to provide the required Bond regardless of the business form under which the Employer does business, nor shall this provision limit the personal liability of any corporate officers or shareholders based on operation of law.

54

(C)     Application to Non-Complying Employer

Any Employer commencing work in violation of this **Section** shall be in violation of **Article XI** relating to the Funds.

**Section 5** Bond Amount

The Funds' Trustees shall determine the amount of Bond the Employer is required to provide, but such amount shall be no less than an amount equal to sixty days of estimated contributions.

The Employer shall provide a Bond in the minimum amounts as follows:

| Number of Employees | Bond Amount |
|---|---|
| 1-3 | $ 10,000.00 |
| 4-7 | $ 15,000.00 |
| 8-15 | $ 20,000.00 |
| 16-20 | $ 30,000.00 |
| 21-25 | $ 75,000.00 |
| 26 or more | $125,000.00 |

The Funds may seize the bond if the Funds determine that the Employer has failed to make required contributions to the Funds or if the Employer has violated the Funds' Collection Procedures. The amount of the bond shall be subject to increase or decrease, in the discretion of the Trustees, depending on the number of employees employed on a particular job site or period.

## ARTICLE XVII

## Legality

Any provision of this Agreement which provides for Union security or Employment in a manner and to an extent prohibited by any law or the determination of any governmental board or agency, shall be and hereby is of no force or effect during the term of any such prohibition. It is understood and agreed, however, that if any of the provisions which are hereby declared to be of no force or effect because of restrictions imposed by law is, or are, determined either by Act of

55

Congress or other legislative enactment or by a decision of the court of highest recourse to be legal or permissible, then any such provisions shall immediately become and remain effective during the remainder of the term of this Agreement.  In the event that there shall be changes in applicable laws as to Union security, the parties shall negotiate any provisions concerning Union security.

In the event that any provision of this Agreement shall be declared to be in violation of law, the remaining provisions of this Agreement shall continue in full force and effect.

56

# ARTICLE XVIII

## Effectuating Clause

The parties hereto make and enter into this Agreement, in witness whereof, we, their duly authorized and empowered representatives, have hereunto set our hands and seal this 30TH day of January, 2003.

For The Employer:    **PETER R SMITH INCORPORATED**

By: _____    Date    3.25.03

For the Union:

DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHER-
HOOD OF CARPENTERS AND JOINERS OF AMERICA, AFL-CIO.

By: _____    Date _____

The party of the First Part, herein referred to as the Employer, signatory to this Agreement, hereby acknowledges receipt of copies of the Agreement and Declaration of Trust of the New York City District Council of Carpenters Welfare Fund; Pension Fund; Apprenticeship, Journeymen Retraining, Educational and Industry Fund; United Brotherhood of Carpenters and Joiners of America Fund; New York City and Vicinity Carpenters Labor Management Fund; Supplemental Funds; Annuity Fund; and Vacation Fund.

By: _____    Date    3.25.03

Acknowledgment of Promotional Fund Contribution:

Apprenticeship, Journeyman Retraining, Educational and Industry Promotional Fund

By: _____    Date _____

or

Construction Industry Advancement Program  Promotional Fund

By: _____    Date    3.25.03

57