# ROGER E. MAHER
Office of Impartial Arbitrator

| 23 83rd Street | Office: 718 238-5143 |
|---|---|
| Brooklyn, New York 11209 | FAX : 718 491-4187 |

## NOTICE OF HEARING

-----------------------------------------------------------------------------x

### IN THE MATTER OF ARBITRATION BETWEEN

The New York District Council of Carpenter Pension Fund, New York City District Council of Carpenters Welfare Fund, New York City District Council of Carpenters Vacation Fund, New York City District Council of Carpenters Annuity Fund, New York City District Council of Carpenters Apprenticeship, Journeyman, Retraining, Educational & Industry Fund, New York City District Council of Carpenters Charity Fund, The New York and Vicinity Carpenters Labor Management Corporation Fund, by Michael J. Forde and Paul O'Brien, as Trustees,

                                    Petitioners

-against-

**Peter R. Smith Inc.**        Respondent

-----------------------------------------------------------------------------x

| ISSUE: Fringe Benefits due for | Audit Period | | Amount Due: |
|---|---|---|---|
| | 01/30/2003 | through Date | T B D |

And all amounts due under the Collective Bargaining Agreement and prior to arbitration.

Dear Sir/Madam:

  Please be advised that a hearing in the above captioned matter has been **scheduled** as follows:

**DATE:** February 27th, 2007

**TIME:** 2:15 pm.

**LOCATION:** New York District Council of Carpenters Benefit Fund
             395 Hudson Street
             New York, New York    9th floor conference room

  Please be present and ready at that time with whatever witnesses you intend to adduce as well as any other records which you deem necessary and pertinent to the issue. Failure to appear may result in a default award against you.

                                                     Very truly yours,

                                                     Roger E. Maher
                                                     Arbitrator

**DATED:** December 21, 2006
           Via Regular Mail  & Certified Mail Return Receipt Requested  # 70051820000651389285

CC:    Steven Kasarda, Esq.
           Thomasina Caba
           **Peter R. Smith Inc.**